O'SULLIVAN, APPELLANT, *v.* PROVIDENT BANCORP, INC. ET AL., APPELLEES.

[Cite as *O'Sullivan v. Provident Bancorp,
Inc.* (1999), 84 Ohio St.3d 1255.]

(No. 98–235—Submitted January 26, 1999—Decided March 3, 1999.)

---

*Manley, Burke, Lipton & Cook, Robert E. Manley* and *Robert H. Mitchell,* for appellant.

*Keating, Muething & Klekamp, P.L.L., James E. Burke, Daniel E. Izenson* and *Douglas L. Hensley,* for appellees.

---

The cause is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and LUNDBERG STRATTON, JJ., concur.

COOK, J., dissents.

---

**COOK, J., dissenting.** I would affirm the judgment of the court of appeals.